UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JESUS MARTINEZ,<br><br>        Petitioner,<br><br>v.<br><br>JOHN SALAZAR,<br><br>        Respondent. | No. ED CV 08-01903-R (VBK)<br><br>MEMORANDUM AND ORDER DENYING RESPONDENT'S MOTION TO DISMISS |

On December 23, 2008, Jesus Martinez (hereinafter referred to as "Petitioner") filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" pursuant to 28 U.S.C. §2254. In accordance with the Court's Order on January 29, 2009, Respondent filed a "Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities in Support of Motion to Dismiss Petition for Writ of Habeas Corpus" and "Notice of Lodgment," contending that the Petition was barred by the one-year statute of limitations set forth in 28 U.S.C. §2244(d)(1) as amended by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). On February 3, 2009, the Court issued a Minute Order ordering Petitioner to file an Opposition or Statement of Non-Opposition to the Motion to Dismiss. On February 9, 2009, Petitioner

1  filed an "Answer to Respondent's Motion to Dismiss," which the Court
2  construed as an "Opposition." In this document, Petitioner attached
3  as Exhibit 1 a Petition for Writ of Habeas Corpus filed in the
4  Riverside Superior Court on August 9, 2007, which Petitioner alleges
5  entitled him to statutory tolling of the one-year statute of
6  limitations.
7      On February 11, 2009, the Court issued a Minute Order ordering
8  Respondent to file a Reply to Petitioner's Opposition within 14 days.
9  On February 26, 2009, Respondent filed a "Reply to Petitioner's
10 Opposition to the Motion to Dismiss Petition for Writ of Habeas
11 Corpus." In this document, Respondent concedes that the Petition was
12 timely filed.
13     In light of Respondent's concession, the Court **HEREBY DENIES**
14 Respondent's Motion to Dismiss and **ORDERS** Respondent to file an Answer
15 addressing the merits of the Petition within 30 days of the date of
16 this Order.

17
18 DATED: 3/4/2009
19                                 VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE